UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SOON O. KIM, an individual, | Case No. 3:12-cv-00430-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| HUMBOLDT COUNTY HOSPITAL DISTRICT, dba HUMBOLDT GENERAL HOSPITAL; MOE HANZLIK, an individual, MARY ORR, an individual, JIM FRENCH, an individual, JIM PARRISH, an individual, | |
| Defendants. | |

The Stipulation and [proposed] Order for Dismissal With Prejudice filed in this matter (dkt. no. 41) is denied without prejudice. The parties are ordered to file an amended stipulation with the correct case caption and case number.

DATED THIS 9th day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE