UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOON O. KIM, | 3:12-cv-00430-MMD-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| HUMBOLDT COUNTY HOSPITAL DISTRICT, et al., | |
| Defendants. | |

IT IS ORDERED that the Clerk arrange for the preparation of a transcript of the Settlement Conference held on March 3, 2016 (ECF No. 58), before Magistrate Judge William G. Cobb, on an expedited basis. The transcript shall be filed under SEAL.

IT IS FURTHER ORDERED the fee for the transcript designated shall be paid by the United States as provided under 29 U.S.C. § 753(f). Counsel for the parties may request a copy of the transcript, but must pay the associated costs.

DATED this 15th day of June, 2016.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE